VICTORIA DePASQUALE, APPELLANT, v. FIRST TITLE INSURANCE COMPANY, A NEVADA CORPORATION, FIRST WESTERN SAVINGS & LOAN ASSOCIATION, A NEVADA CORPORATION, AND ATLAS MORTGAGE & INVESTMENT CORPORATION, A NEVADA CORPORATION, RESPONDENTS.

No. 5485

August 20, 1968                    444 P.2d 382

[Rehearing denied September 13, 1968]

*John W. Bonner,* of Las Vegas, for Appellant.

*John Peter Lee* and *M. E. Reynolds,* of Las Vegas, for Respondents.

## OPINION

*Per Curiam:*

This is an appeal from a district court judgment denying injunctive relief to the plaintiff, Victoria DePasquale, who sought to bar foreclosure of a trust deed by the beneficiary thereof, First Western Savings and Loan Association. DePasquale, with advice of counsel, had agreed to subordinate an existing deed of trust running to her as beneficiary, to the First Western deed of trust. When default on the First Western obligation occurred, it caused notice of breach and election to sell to be given, and this litigation ensued. Since every finding of fact made by the district court is supported by substantial evidence, and there exists no reason to invalidate the subordination agreement, we affirm.